Benesch, Friedlander, Coplan & Aronoff LLP
By:  Kevin M. Capuzzi (NJ No. 173442015)
Continental Plaza II
411 Hackensack Avenue, 3rd Floor
Hackensack, New Jersey 07601
Telephone:  (302) 442-7010
Facsimile:  (302) 442-7012
Email:  kcapuzzi@beneschlaw.com

*Attorneys for Defendant Shilpa Medicare Ltd..*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CELGENE CORPORATION,** | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. 3:18-cv-11157-MAS-DEA |
| | ) |
| **SHILPA MEDICARE LTD.,** | ) |
| | ) |
| Defendant. | ) |

### STIPULATION AND [PROPOSED] ORDER
### EXTENDING TIME FOR DEFENDANT TO ANSWER,
### MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT

WHEREAS, on June 27, 2018, Plaintiff Celgene Corporation ("Plaintiff") filed its Complaint For Patent Infringement (ECF No. 1) (the "Complaint"); and

WHEREAS, Defendant Shilpa Medicare Ltd. ("Defendant") requests additional time to answer, move, or otherwise respond to the Complaint and Plaintiff does not oppose Defendant's request.

IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that:

1. The time within which Defendant must answer, move, or otherwise respond to the Complaint is extended through and including August 29, 2018.

2. Defendant agrees to not contest personal jurisdiction or venue in this Court, as to this matter only.

| | |
|---|---|
| Dated: July 16, 2018 | Dated: July 16, 2018 |
| BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP | SAUL EWING ARNSTEIN & LEHR LLP |
|     */s/ Kevin M. Capuzzi* |     */s/ Charles M. Lizza* |
| By: Kevin M. Capuzzi (NJ No. 173442015) | Charles M. Lizza |
| Continental Plaza II | William C. Baton |
| 411 Hackensack Avenue, 3rd Floor | Sarah A. Sullivan |
| Hackensack, NJ 07601 | One Riverfront Plaza |
| (302) 442-7010 | 1037 Raymond Blvd., Suite 1520 |
| | Newark, NJ 07102-5426 |
| Kal K. Shah | (973) 286-6700 |
| Manish K. Mehta | |
| Zaiba Baig | George F. Pappas |
| 333 West Wacker Drive, Suite 1900 | Christopher N. Sipes |
| Chicago, IL 60606 | Michael N. Kennedy |
| (312) 212-4949 | COVINGTON & BURLING LLP |
| | One CityCenter |
| Michael S. Weinstein | 850 Tenth Street NW |
| 200 Public Square, Suite 2300 | Washington, DC 20001-4956 |
| Cleveland, OH 44114-2378 | (202) 662-6000 |
| (216) 363-4500 | |
| | Alexa Hansen |
| *Attorneys for Defendant* | COVINGTON & BURLING LLP |
| | One Front Street |
| | San Francisco, CA 94111-5356 |
| | (415) 591-7035 |
| | |
| | *Attorneys for Plaintiff* |

SO ORDERED this \_\_\_\_ day of July, 2018.

 

_____
THE HONORABLE DOUGLAS E. ARPERT
UNITED STATED MAGISTRATE JUDGE

2